CAR INDEX: 22 EJ-44528  B  36

ROUTED FROM ALQT TO 1SPL ON 02-18-14.
         OK TO UPDATE POLICY WITH INFOMRATION ON COMP ROOF
         REPLACEMENT
ROUTED FROM C1G6 TO 1UPL ON 02-13-14.

                        FIRE POLICY TRANSACTIONS
             OKLAHOMA              OKLAHOMA FIREFIGHTERS    AGT/AFO: 2271/FA8F
F 36-EJ-4452-8   HO - HOMEOWNERS     EFF/EXP: 01-26-14 01-26-15 STATUS: 01

BYRD, DAVID ALAN & REGINA S         CHGS INCL: RMKS
11109 WINELAKE DR
OKLAHOMA CITY OK   73170-2515       INS PH: HOME (405) 691-1193


EFF DATE: (02-05-14) RECD DATE: (02-06-14) WRTN DATE: (02-05-14) TIME: (09:11A)
**REMARKS**

         NEED TO UPDATE INFO ON HIS ROOF. HE REPLACED HIS ROOF FROM THE 5.1
0.2010 STORM. REPLACED 5/2010.
SOURCE: ECHO AGT  RITA WALLENBERG INS AGY , Rita    PHONE: 405-691-2464
                  INITIALS: (SHE)

EXHIBIT 10